IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| URBAN OUTFITTERS, INC. and ANTHROPOLOGIE, INC. | : | NO. 13-5269 |
| | : | |
| v. | : | |
| | : | |
| THE HANOVER INSURANCE GROUP | : | |

## ORDER

AND NOW, this 15th day of May, 2014, upon consideration of OneBeacon

America Insurance Company's ("OneBeacon") motion for summary judgment (docket entry # 38),

The Hanover Insurance Group's ("Hanover")[1] motion for summary judgment (docket entry # 36),

and the motion for partial summary judgment filed by Urban Outfitters, Inc. and Anthropologie,

Inc. (collectively, "Urban Outfitters") (docket entry # 35), and the parties' responses in opposition

thereto, and for the reasons articulated in the accompanying Memorandum, it is hereby

ORDERED that:

    1.    OneBeacon's motion for summary judgment is GRANTED;

    2.    Hanover's motion for summary judgment is GRANTED;

    3.    Urban Outfitters' motion for partial summary judgment is DENIED;

    4.    The Court DECLARES that neither OneBeacon nor Hanover has a duty to

defend Urban Outfitters in the three state class actions at issue; and

---

[1] This entity is properly known as The Hanover Insurance Company.

5.      The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


 _/s/ Stewart Dalzell, J._
Stewart Dalzell, J.