IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| URBAN OUTFITTERS, INC. and ANTHROPOLOGIE, INC. | : | NO. 13-5269 |
| | : | |
| v. | : | |
| | : | |
| THE HANOVER INSURANCE GROUP | : | |

## JUDGMENT

AND NOW, this 15th day of May, 2014, in accordance with the accompanying Order granting OneBeacon America Insurance Company's ("OneBeacon") motion for summary judgment and The Hanover Insurance Group's ("Hanover")[1] motion for summary judgment and denying the motion for partial summary judgment filed by Urban Outfitters, Inc. and Anthropologie, Inc., JUDGMENT IS ENTERED in favor of OneBeacon and Hanover and against Urban Outfitters, Inc. and Anthropologie, Inc. (collectively, "Urban Outfitters") as to OneBeacon and Hanover's duty to defend Urban Outfitters in the three underlying state class actions at issue herein.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.

---

[1] This entity is properly known as The Hanover Insurance Company.