UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ONEBEACON AMERICA INSURANCE
COMPANY,

       Plaintiff/Counter-Defendant,

v.

URBAN OUTFITTERS, INC., and
ANTHROPOLOGIE, INC.

       Defendants/Counter-
       Plaintiffs/Third-Party Plaintiffs

v.

THE HANOVER INSURANCE GROUP,

       Third-Party Defendant.

No. 2:13-cv-05269-SD

Hon. Stewart R. Dalzell

## NOTICE OF APPEAL

Notice is given, under Fed. R. App. P. 3, that Defendants Urban Outfitters, Inc. and Anthropologie, Inc. (collectively "Defendants") appeal to the United States Court of Appeals for the Third Circuit from this Court's Memorandum Opinion filed May 15, 2014 (Dkt. No. 46) and its orders entered on May 15, 2014 (Dkt. Nos. 47 and 48) granting the motions for summary judgment of Plaintiff OneBeacon America Insurance Company and Third-Party Defendant The Hanover Insurance Group and denying Defendants' motion for partial summary judgment.

Dated:  June 10, 2014.                    Respectfully submitted,

                                                                QUARLES AND BRADY LLP

/s/ *Paul L. Langer*
Paul L. Langer (admitted *pro hac vice*)
QUARLES AND BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654
t. (312) 715-5121
f. (312) 632-1926
paul.langer@quarles.com

Samuel W. Cortes
FOX ROTHSCHILD LLP
Attorney ID No. 91494
747 Constitution Drive, Suite 100
P.O. Box 673
Exton, PA 19341-0673
t. (610) 458-7500

*Attorneys for Defendants, Urban Outfitters, Inc. and Anthropologie, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ONEBEACON AMERICA INSURANCE
COMPANY,

        Plaintiff/Counter-Defendant,

v.

URBAN OUTFITTERS, INC., and
ANTHROPOLOGIE, INC.

        Defendants/Counter-
        Plaintiffs/Third-Party Plaintiffs

v.

THE HANOVER INSURANCE GROUP,

        Third-Party Defendant.

No. 2:13-cv-05269-SD

Hon. Stewart R. Dalzell

## CERTIFICATE OF SERVICE

I, Samuel W. Cortes, Esquire, hereby certify that a true and correct copy of this Notice of Appeal was served this 10th day of June, 2014, by electronic means through the Court's transmission facilities on the following counsel of record:

Michael O. Kassak, Esquire
Joshua A. Mooney, Esquire
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103
*Attorneys for OneBeacon America Insurance Company*

Andrew J. Gallogly, Esquire
Margolis Edelstein
The Curtis Center, 4th Floor
170 South Independence Mall
Philadelphia, PA  19106-3337
*Attorneys for The Hanover Insurance Company*

Mark W. Shaughnessy, Esquire
Boyle, Shaughnessy & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
*Attorneys for The Hanover Insurance Company*

            */s/ Samuel W. Cortes*
            Samuel W. Cortes, Esquire